1  KJT LAW GROUP LLP
   Vache A. Thomassian (SBN 289053)
2  vache@kjtlawgroup.com
   Caspar Jivalagian (SBN 282818)
3  caspar@kjtlawgroup.com
   230 North Maryland Avenue, Suite 306
4  Glendale, California 91206
   Telephone: (818) 507-8525
5
   Attorneys for Plaintiff
6  JUAN M. GUZMAN-LOPEZ

7  SEYFARTH SHAW LLP
   Daniel C. Whang (SBN 223451)
8  dwhang@seyfarth.com
   David Rosenberg (SBN 292094)
9  drosenberg@seyfarth.com
   Olivia J. Wada (SBN 317153)
10 owada@seyfarth.com
   2029 Century Park East, Suite 3500
11 Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
12
   Attorneys for Defendants
13 THE AMERICAN BOTTLING COMPANY and
   KEURIG DR PEPPER INC.
14
   *Attorneys Continued on Following Page*
15

16 **UNITED STATES DISTRICT COURT**

17 **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| JUAN M. GUZMAN-LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN BOTTLING COMPANY, a corporation; KEURIG-DR. PEPPER, INC., a corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04358-JFW-GJS<br><br>**JOINT STIPULATION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT**<br><br>Complaint Filed: April 16, 2019<br>Removal Filed: May 20, 2019<br>FAC Filed: September 10, 2019<br>Trial Date: June 9, 2020 |

ADAMS EMPLOYMENT COUNSEL
Christopher A. Adams (SBN 266440)
ca@adamsemploymentcounsel.com
4740 Calle Carga
Camarillo, California 93012
Telephone: (818) 425-1437

Attorneys for Plaintiff
JUAN M. GUZMAN-LOPEZ

SHORTLEGAL, APC
Brian Short, Esq. (SBN 236140)
Brian@shortlegal.com
Dorota A. James (SBN 309933)
Dorota@shortlegal.com
350 10th Ave.
Suite 1000
San Diego, CA 92101
Tel: (619) 272-0720
Fax: (619) 839-3129

Attorneys for Plaintiff
JUAN M. GUZMAN-LOPEZ,
on behalf of himself and all others similarly situated

| | |
|---|---|
| 1 | Plaintiff Juan M. Guzman ("Plaintiff") and Defendants The American Bottling |
| 2 | Company and Keurig Dr Pepper Inc. (collectively, "Defendants"), by and through their |
| 3 | respective counsel, hereby stipulate and agree to remand this matter to the Superior Court |
| 4 | for the State of California, County of Los Angeles. |

## JOINT STIPULATION

WHEREAS, Plaintiff filed a Complaint against Defendants on April 16, 2019;

WHEREAS, the action was removed to this Court on May 20, 2019;

WHEREAS, Plaintiff filed a First Amended Complaint on September 10, 2019;

WHEREAS, without any concession on the part of Defendants regarding the basis for their removal or any waiver of Defendants' right to remove the action in the future, the Parties agree to remand this action to the Superior Court for the State of California, County of Los Angeles.

THEREFORE, IT IS STIPULATED AND AGREED that this action shall be remanded to the Superior Court for the State of California, County of Los Angeles, with the Parties to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Pursuant to L.R. 5-4.3.4(a)(2)(i), all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 10, 2020                KJT LAW GROUP LLP

By: /s/ Vache A. Thomassian
    Vache A. Thomassian
    Caspar Jivalagian
Attorneys for Plaintiff
JUAN M. GUZMAN-LOPEZ

DATED: April 10, 2020                ADAMS EMPLOYMENT COUNSEL

By: /s/ Christopher A. Adams
    Christopher A. Adams
Attorneys for Plaintiff
JUAN M. GUZMAN-LOPEZ

| | | |
|---|---|---|
| 1 | DATED:  April 10, 2020 | SHORTLEGAL, APC |
| 2 | | |
| 3 | | By: /s/ Brian Short |
| 4 | | Brian Short<br>Dorota A. James<br>Attorneys for Plaintiff |
| 5 | | JUAN M. GUZMAN-LOPEZ |
| 6 | | |
| 7 | DATED: April 10, 2020 | SEYFARTH SHAW LLP |
| 8 | | |
| 9 | | By: /s/ Daniel C. Whang |
| 10 | | Daniel C. Whang<br>David Rosenberg<br>Olivia J. Wada |
| 11 | | Attorneys for Defendants<br>THE AMERICAN BOTTLING |
| 12 | | COMPANY and KEURIG DR PEPPER INC. |