JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN M. GUZMAN-LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN BOTTLING COMPANY, a corporation; KEURIG-DR. PEPPER, INC., a corporation,<br><br>Defendants. | Case No.: 2:19-cv-04358-JFW-GJSx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT**<br><br>Complaint Filed: April 16, 2019<br>Removal Filed: May 20, 2019<br>FAC Filed: September 10, 2019<br>Trial Date: June 9, 2020 |

The Court, having received and reviewed the Joint Stipulation To Remand Case To Los Angeles Superior Court submitted by Plaintiff Juan M. Guzman-Lopez and Defendants The American Bottling Company and Keurig Dr. Pepper Inc., and good cause appearing, HEREBY ORDERS THAT:

1. The action shall be remanded to the Superior Court for the State of California, County of Los Angeles, with the Parties to bear their own attorney's fees and costs; and

2. The Parties have not waived any rights to remove the action to federal court in the future.

**IT IS SO ORDERED.**

**Date: April 10, 2020**

Hon. John F. Walter
United States District Judge

ORDER GRANTING JOINT STIPULATION TO REMAND

62792927v.1